■ In the Matter of the Claim of HERMAN HIRSCH, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— MEMORANDUM BY THE COURT. Claimant was warranted in acting upon the notice of determination of June 13, 1962 and his request for a hearing was, therefore, timely. Decision reversed, with costs, and matter remitted for further proceedings not inconsistent herewith. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WELLINGTON LOGAN, Appellant, v. DANIEL MCMANN, as Warden of Clinton Prison, Respondent.— HERLIHY, J. Appeal from a judgment denying a writ of habeas corpus. The only issue within the framework of the petition and decided by the court concerned adjourning the proceedings in the Magistrates' Court during which time the Grand Jury handed up an indictment which superseded the proceedings in the Magistrates' Court and as alleged by the petitioner, denied him the opportunity of appearing before the Grand Jury. From our examination of the papers we are unable to ascertain how the petitioner suffered any deprivation of due process. The other arguments in the brief of the petitioner, raised for the first time on this appeal, are not properly before the court and accordingly not considered. Judgment affirmed, without costs. Gibson, P. J., Reynolds, Taylor and Aulisi, JJ., concur.